# Order

Michigan Supreme Court
Lansing, Michigan

December 10, 2008

Clifford W. Taylor,
Chief Justice

136999

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHOLA ABE,
    Plaintiff-Appellant,

v

                SC: 136999
                COA: 281651
                Ingham CC: 06-001536-NZ

MICHIGAN STATE UNIVERSITY,
    Defendant-Appellee.

_____/

    On order of the Court, the application for leave to appeal the June 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. Costs of $250 are assessed against the plaintiff in favor of the defendant under MCR 7.316(D)(1) for filing a vexatious appeal. Plaintiff 'Shola Abe is barred from submitting additional filings in this Court in non-criminal matters until he offers proof that he has paid all outstanding court-imposed sanctions.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2008           _____

                      Clerk